DANIEL JOHNSON, JR. (SBN 57409)
BRETT ALAN LOVEJOY, Ph.D. (SBN 212942)
RITA E. TAUTKUS (SBN 162090)
MORGAN, LEWIS & BOCKIUS LLP
One Market, Spear Street Tower
San Francisco, CA 94105-1126
Tel: 415.442.1000
Fax: 415.442.1001
E-mail: djjohnson@morganlewis.com
E-mail: blovejoy@morganlewis.com
E-mail: rtautkus@morganlewis.com

Attorneys for Plaintiff
DNA TWOPOINTO, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DNA TWOPOINTO, INC.<br><br>  Plaintiff,<br><br>  v.<br><br>GENOME COMPILER CORPORATION<br><br>  Defendant. | Case No. C-12-6428-SI<br><br>[~~PROPOSED~~] ORDER GRANTING DNA TWOPOINTO, INC.'S ADMINISTRATIVE MOTION TO CONTINUE CASE MANAGEMENT CONFERENCE AND ASSOCIATED DEADLINES |

MORGAN, LEWIS &
BOCKIUS LLP
ATTORNEYS AT LAW
PALO ALTO

DB2/ 24052957.2

[PROPOSED] ORDER GRANTING MOT TO
CONT CMC, CASE NO. C-12-6428-SI

Having considered Plaintiff DNA Twopointo, Inc.'s Administrative Motion to Continue Case Management Conference and Associated Deadlines, and good cause appearing, the Court hereby GRANTS the motion.

The Court will adopt the following revised case management schedule:

June 21, 2013  Last day to:

- meet and confer re: initial disclosures, early settlement, ADR process selection, and discovery plan
- file ADR Certification
- file either Stipulation to ADR Process or Notice of Need for ADR Phone Conference

July 5, 2013  Last day to file Rule 26(f) Report, complete initial disclosures or state objection in Rule 26(f) Report and file Case Management Statement.

July 12, 2013  Initial Case Management Conference.

IT IS SO ORDERED.

Dated: 4/23/13

_____
SUSAN ILLSTON
United States District Judge