Ronald F. Lopez (SBN 111756)
rflopez@nixonpeabody.com
NIXON PEABODY LLP
One Embarcadero Center, 18th Floor
San Francisco, CA  94111-3600
Tel:    415-984-8200
Fax:    415-984-8300

Robert E. Krebs (SBN 57526 )
rkrebs@nixonpeabody.com
Joseph Bach (SBN 231720 )
jbach@nixonpeabody.com
Christopher L. Ogden (SBN 235517 )
cogden@nixonpeabody.com
NIXON PEABODY LLP
2 Palo Alto Square
3000 El Camino Real, Suite 500
Palo Alto, CA  94306-2106
Tel:  650-320-7700
Fax:  650-320-7701

Attorneys for Defendant
GENOME COMPILER CORPORATION

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| DNA TWOPOINTO, INC., <br><br>        Plaintiff, <br><br>    vs. <br><br> GENOME COMPILER CORPORATION, <br><br>        Defendant. | Case No. 3:12-cv-6428-WHO <br><br> **CONSENT ORDER GRANTING SUBSTITUTION OF COUNSEL** |

TO THE CLERK OF THE COURT AND ALL PARTIES AND COUNSEL OF RECORD HEREIN:

PLEASE TAKE NOTICE that Defendant Genome Compiler Corporation has retained NIXON PEABODY LLP to act as their counsel of record in this matter.

Accordingly, subject to approval by the Court, NIXON PEABODY LLP will replace MORRISON & FORRESTER LLP as counsel of record for Defendant. Copies of all pleadings and notices, and all other communications related to this action, should no longer be directed to MORRISON & FOERSTER LLP, but instead should be directed to counsel at the following addresses:

> Ronald F. Lopez (SBN 111756)
> rflopez@nixonpeabody.com
> NIXON PEABODY LLP
> One Embarcadero Center, 18th Floor
> San Francisco, CA 94111-3600
> Tel: 415-984-8200
> Fax: 415-984-8300
>
> Robert E. Krebs (SBN 57526 )
> rkrebs@nixonpeabody.com
> Joseph Bach (SBN 231720 )
> jbach@nixonpeabody.com
> Christopher L. Ogden (SBN 235517 )
> cogden@nixonpeabody.com
> NIXON PEABODY LLP
> 2 Palo Alto Square
> 3000 El Camino Real, Suite 500
> Palo Alto, CA 94306-2106
> Tel: 650-320-7700
> Fax: 650-320-7701

The undersigned consent to the substitution and certify that this substitution will not delay the proceedings in this matter:

| | | |
|---|---|---|
| 1 | Dated: November 8, 2013 | MORRISON & FOERSTER |

By: /s/ *Michael Jacobs*
    Michael A. Jacobs
    Patrick Zhang

Dated: November 8, 2013        NIXON PEABODY LLP

By: /s/ *Ronald F. Lopez*
    Ronald F. Lopez
    Robert E. Krebs
    Joseph Bach
    Christopher L. Ogden
    Attorneys for Defendant
    GENOME COMPILER CORPORATION

Dated: November 8, 2013        GENOME COMPILER CORPORATION

By: /s/ *Omri Amiray Drory*
    Omri Amirav Drory
    Founder and CEO
    Genome Compiler Corporation

1 | I, Ronald F. Lopez, hereby attest, pursuant to N.D. Cal General Order No. 45, that the concurrence to the filing of this document has been obtained from each signature hereto.

Dated: November 8, 2013

NIXON PEABODY LLP

By: /s/ *Ronald F. Lopez*
    Ronald F. Lopez

**SO ORDERED:**

Dated: November 12, 2013

UNITED STATES DISTRICT JUDGE