Ronald F. Lopez (SBN 111756)
rflopez@nixonpeabody.com
NIXON PEABODY LLP
One Embarcadero Center, 18th Floor
San Francisco, CA 94111-3600
Tel: 415-984-8200
Fax: 415-984-8300

Robert E. Krebs (SBN 57526 )
rkrebs@nixonpeabody.com
Joseph Bach (SBN 231720 )
jbach@nixonpeabody.com
Christopher L. Ogden (SBN 235517 )
cogden@nixonpeabody.com
NIXON PEABODY LLP
2 Palo Alto Square
3000 El Camino Real, Suite 500
Palo Alto, CA 94306-2106
Tel: 650-320-7700
Fax: 650-320-7701

Attorneys for Defendant
GENOME COMPILER CORPORATION

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| DNA TWOPOINTO, INC., | Case No. 3:12-cv-6428-WHO |
| Plaintiff, | **CONSENT ORDER GRANTING SUBSTITUTION OF COUNSEL** |
| vs. | |
| GENOME COMPILER CORPORATION, | |
| Defendant. | |

TO THE CLERK OF THE COURT AND ALL PARTIES AND COUNSEL OF RECORD HEREIN:

PLEASE TAKE NOTICE that Defendant Genome Compiler Corporation has retained NIXON PEABODY LLP to act as their counsel of record in this matter.

CONSENT ORDER GRANTING
SUBSTITUTION OF COUNSEL
C-12-6428-WHO


Accordingly, subject to approval by the Court, NIXON PEABODY LLP will replace MORRISON & FORRESTER LLP as counsel of record for Defendant. Copies of all pleadings and notices, and all other communications related to this action, should no longer be directed to MORRISON & FOERSTER LLP, but instead should be directed to counsel at the following addresses:

> Ronald F. Lopez (SBN 111756)
> rflopez@nixonpeabody.com
> NIXON PEABODY LLP
> One Embarcadero Center, 18th Floor
> San Francisco, CA  94111-3600
> Tel:     415-984-8200
> Fax:    415-984-8300
>
> Robert E. Krebs (SBN 57526 )
> rkrebs@nixonpeabody.com
> Joseph Bach (SBN 231720 )
> jbach@nixonpeabody.com
> Christopher L. Ogden (SBN 235517 )
> cogden@nixonpeabody.com
> NIXON PEABODY LLP
> 2 Palo Alto Square
> 3000 El Camino Real, Suite 500
> Palo Alto, CA  94306-2106
> Tel     650-320-7700
> Fax:    650-320-7701

The undersigned consent to the substitution and certify that this substitution will not delay the proceedings in this matter:


| | | |
|---|---|---|
| 1 | Dated: November 8, 2013 | MORRISON & FOERSTER |
| 3 | | By: /s/ *Michael Jacobs* |
| 4 | | Michael A. Jacobs<br>Patrick Zhang |
| 7 | Dated: November 8, 2013 | NIXON PEABODY LLP |
| 9 | | By: /s/ *Ronald F. Lopez* |
| 10 | | Ronald F. Lopez<br>Robert E. Krebs<br>Joseph Bach<br>Christopher L. Ogden<br>Attorneys for Defendant<br>GENOME COMPILER CORPORATION |
| 14 | Dated: November 8, 2013 | GENOME COMPILER CORPORATION |
| 16 | | By: /s/ *Omri Amiray Drory* |
| 17 | | Omri Amirav Drory<br>Founder and CEO<br>Genome Compiler Corporation |

1  I, Ronald F. Lopez, hereby attest, pursuant to N.D. Cal General Order No. 45, that the concurrence to the filing of this document has been obtained from each signature hereto.

Dated: November 8, 2013					NIXON PEABODY LLP

							By: /s/ *Ronald F. Lopez*
							    Ronald F. Lopez

**SO ORDERED:**

Dated: November 12, 2013				UNITED STATES DISTRICT JUDGE