RONALD F. LOPEZ (SBN 111756)
ROBERT E. KREBS (SBN 57526)
JOSEPH BACH (SBN 231720)
ERIK BIRKENEDER (SBN 259204)
NIXON PEABODY LLP
2 Palo Alto Square
3000 El Camino Real, Suite 500
Palo Alto, CA 94306-2106
Tel: 650-320-7700
Fax: 650-320-7701
Email: rflopez@nixonpeabody.com
Email: rkrebs@nixonpeabody.com
Email: jbach@nixonpeabody.com
Email: ebirkeneder@nixonpeabody.com

Attorneys for Defendant
GENOME COMPILER CORPORATION

DANIEL JOHNSON, JR. (SBN 57409)
BRETT ALAN LOVEJOY, Ph.D. (SBN 212942)
RITA E. TAUTKUS (SBN 162090)
MORGAN, LEWIS & BOCKIUS LLP
One Market, Spear Street Tower
San Francisco, CA 94105-1126
Tel: 415.442.1000
Fax: 415.442.1001
E-mail: djjohnson@morganlewis.com
E-mail: blovejoy@morganlewis.com
E-mail: rtautkus@morganlewis.com

Attorneys for Plaintiff
DNA TWOPOINTO, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DNA TWOPOINTO, INC., <br><br> Plaintiff, <br><br> Vs. <br><br> GENOME COMPILER CORPORATION, <br><br> Defendant, | Case No. 3:12-cv-06428-WHO <br><br> **JOINT STIPULATION TO DISMISS ALL PENDING CLAIMS WITH PREJUDICE** |

Plaintiff DNA Twopointo, Inc ("DNA2.0") and Defendant Genome Compiler Corporation ("GCC") have reached and signed a confidential settlement agreement that resolves the current dispute.

BASED UPON THE FOREGOING, IT IS HEREBY STIPULATED by and between DNA2.0 and GCC, through their respective counsel, as follows:

  1. All claims at issue between DNA2.0 and GCC in this action, including all claims presented by DNA2.0 and all of GCC's counterclaims, to the extent they are still pending, shall be dismissed in their entirety with prejudice; and

  2. DNA2.0 and GCC each shall bear their own costs and attorneys' fees.

IT IS SO STIPULATED, BY AND THROUGH THE FOLLOWING COUNSEL OF RECORD.

Dated: February 20, 2014                    MORGAN, LEWIS & BOCKIUS LLP

                                            By /s/ Rita Tautkus
                                               Rita Tautkus
                                               Attorneys for Plaintiff
                                               DNA TWOPOINTO, INC.


Dated: February 20, 2014                    NIXON PEABODY, LLP

                                            By /s/ Joseph Bach
                                               Joseph Bach
                                               Attorneys for Defendant
                                               GENOME COMPILER CORPORATION


PURSUANT TO STIPULATION, IT IS SO ORDERED.

DATED: February 24, 2014                    _____
                                            William H. Orrick III
                                            United States District Judge

JOINT STIPULATION TO DISMISS ALL PENDING CLAIMS
WITH PREJUDICE AND [PROPOSED] ORDER